| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Greenleaf 4 SOCO, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3516670** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3321 Hyland Ave, Suite C**<br>**Costa Mesa, CA 92626**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Greenleaf 4 SOCO, LLC** _____ Case number (*if known*) _____
     Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check **all** that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    If more than 2 cases, attach a separate list.
    - ■ No.
    - ☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

Debtor  **Greenleaf 4 SOCO, LLC**_____  Case number (*if known*)_____
    Name

| List all cases. If more than 1, attach a separate list | Debtor | See attached._____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

  ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

  ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

# ATTACHMENT TO VOLUNTARY PETITION

#10

Debtor: Greenleaf 2 CPE, LLC
Relationship: Affiliate
District: Central District of California, Los Angeles Division
When: February 13, 2025
Case Number: To be assigned

Debtor: G7 Venice, LLC
Relationship: Affiliate
District: Central District of California, Los Angeles Division
When: February 13, 2025
Case Number: To be assigned

Debtor  **Greenleaf 4 SOCO, LLC**     Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 13, 2025**
              MM / DD / YYYY

X  _/s/ Jonathan Rollo_         **Jonathan Rollo**
Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**   X   /s/ David B. Golubchik           Date  **February 13, 2025**
                                 Signature of attorney for debtor          MM / DD / YYYY

**David B. Golubchik 185520**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**     Email address  _____

**185520 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Greenleaf 4 SOCO, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AIRWERKS, INC.<br>13505 Yorba ave<br>Suite S<br>Chino, CA 91710 | | | | | | $726.00 |
| ANTHONY'S PLUMBING AND DRAIN CLEANING<br>16787 Beach Blvd.<br>Suite 641<br>Huntinton Beach, CA 92647 | | | | | | $650.00 |
| BRYAN EXHAUST SERVICE<br>2808 N. Naomi Street<br>Burbank, CA 91504-2023 | | | | | | $1,023.41 |
| CANTEEN REFRESHMENT SERVICES<br>PO BOX 50196<br>LOS ANGELES, CA 90074-0196 | | | | | | $2,546.21 |
| CINTAS<br>P.O. BOX 29059<br>Phoenix, AZ 85038 | | | | | | $2,940.55 |
| COZZINI BROS., INC<br>8430 W Bryn Mawr Ave<br>Chicago, IL 60631 | | | | | | $1,305.00 |
| CRC SOCO LLC<br>1731 Sunflower Avenue<br>Costa Mesa, CA 92626 | | | | | | $18,011.71 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Greenleaf 4 SOCO, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DELIVER THAT 5757 mayfair rd north canton, OH 44720 | | | | | | $722.03 |
| DLIVRD 300 Welsh Rd Horsham, PA 19044 | | | | | | $1,969.73 |
| FOOD PREP SOLUTIONS 80 Largo Drive Stamford, CT 06907 | | | | | | $25.39 |
| IMPERIAL DADE PO BOX 103264 Pasadena, CA 91189 | | | | | | $6,065.65 |
| JR ELECTRIC 345 University Dr # B4 Costa Mesa, CA 92627 | | | | | | $980.00 |
| ROCKENWAGNER BAKERY 5462 W ADAMS BLVD LOS ANGELES, CA 90016 | | | | | | $3,822.23 |
| TRADECRAFT OUTFITTERS PO Box 50196 LOS ANGELES, CA 90074 | | | | | | $3,780.61 |
| WEST COAST PRIME MEATS P.O. BOX 102189 Pasadena, CA 91189 | | | | | | $2,977.63 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik 185520<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: 185520 CA | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Greenleaf 4 SOCO, LLC<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 13, 2025**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                     F 1007-1.MAILING.LIST.VERIFICATION

Greenleaf 4 SOCO, LLC
3321 Hyland Ave, Suite C
Costa Mesa, CA 92626


David B. Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


A THREAD AHEAD
1925 1st street
San Fernando, CA 91340


AIRWERKS, INC.
13505 Yorba ave
Suite S
Chino, CA 91710


ANTHONY'S PLUMBING AND DRAIN CLEANING
16787 Beach Blvd.
Suite 641
Huntinton Beach, CA 92647


BAKER COMMODITIES INC.
4020 Bandini Blvd
Vernon, CA 90058


BRYAN EXHAUST SERVICE
2808 N. Naomi Street
Burbank, CA 91504-2023


C T CORPORATION SYSTEM
330 N BRAND BLVD, STE 700
ATTN: SPRS
Glendale, CA 91203

CANTEEN REFRESHMENT SERVICES
PO BOX 50196
LOS ANGELES, CA 90074-0196


CINTAS
P.O. BOX 29059
Phoenix, AZ 85038


COZZINI BROS., INC
8430 W Bryn Mawr Ave
Chicago, IL 60631


CRC SOCO LLC
1731 Sunflower Avenue
Costa Mesa, CA 92626


DELIVER THAT
5757 mayfair rd
north canton, OH 44720


DLIVRD
300 Welsh Rd
Horsham, PA 19044


FOOD PREP SOLUTIONS
80 Largo Drive
Stamford, CT 06907


IMPERIAL DADE
PO BOX 103264
Pasadena, CA 91189

```
JR ELECTRIC
345 University Dr
# B4
Costa Mesa, CA 92627


LA DISTRIBUTING COMPANY INC.
4550 S. MAYWOOD AVENUE
Los Angeles, CA 90058


NATURE'S PRODUCE
3305 Bandini Blvd
Vernon, CA 90058


ROCKENWAGNER BAKERY
5462 W ADAMS BLVD
LOS ANGELES, CA 90016


TRADECRAFT OUTFITTERS
PO Box 50196
LOS ANGELES, CA 90074


U.S. SMALL BUSINESS ADMINISTRATION
1545 HAWKINS BLVD, SUITE 202
El Paso, TX 79925


WEST COAST PRIME MEATS
P.O. BOX 102189
Pasadena, CA 91189


WEST COAST PRIME MEATS LLC
344 CLIFFWOOD PARK ST
Brea, CA 92821
```

# RESOLUTIONS OF GRM HOLDINGS, LLC
# AUTHORIZING FILING OF PETITION UNDER
# <u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>

I, Jonathan Rollo, hereby certify as follows:

I am the Managing Member of GRM Holdings, LLC ("GRM"), the parent company for Greenleaf 4 SOCO, LLC, a California limited liability company (the "Company"). GRM, by and through its Managing Member, has enacted the following resolutions as of the date hereof:

**RESOLVED**, that a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") shall be filed by the Company on February 13, 2025 or the first possible date thereafter as determined by the Designated Officer (defined below) upon the advice of counsel;

**FURTHER RESOLVED,** that the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") shall be retained as bankruptcy counsel for the Company for purposes of filing the Chapter 11 bankruptcy case and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYG as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

**FURTHER RESOLVED**, that Jonathan Rollo, shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case;

**FURTHER RESOLVED**, that as the Designated Officer, Jonathan Rollo, is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case; and

**FURTHER RESOLVED**, that as the Designated Officer, Jonathan Rollo, is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which

the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case.

Dated: February 13, 2025

GRM HOLDINGS, LLC

By: Jonathan Rollo
Its: Managing Member

2